# PROPOSED ORDER/COVER SHEET

**TO:** **Honorable Nathanael M. Cousins**
**Chief U.S. Magistrate Judge**

**RE:** **CONTRERAZ, David Sal**

**FROM:** **Amaryllis Austin, Chief**
**U.S. Pretrial Services Officer**

**Docket No.:** **5:24-cr-00229-EJD-2**

**Date:** **November 24, 2026**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| Yaneyla Arevalo Arellano | 408-535-5027 |
|---|---|
| U.S. Pretrial Services Officer | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ____________ on ____________ at ____________.

☒ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge Susan van Keulen Presiding District Court Judge ____________

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A. ____________

B. ____________

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☒ Other Instructions:

Bail Review Set for December 1, 2026 at 1:00 pm PST in San Jose Courtroom 6, 4th floor on the Magistrate Criminal Duty Calendar.

____________________ November 24, 2026
**JUDICIAL OFFICER** **DATE**